919 A.2d 228

Richard E. STROTHER, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

April 17, 2007.

## ORDER

PER CURIAM.

AND NOW, this 17th day of April, 2007, the Order of the Commonwealth Court is AFFIRMED.